# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Lynn E. Baker,

       Debtor.

BKY No. 10-44428

Chapter 7

## ORDER

This case came before the court upon the motion of R.J. Zayed, the receiver for the matter of *U.S. Commodity Futures Trading Commission v. Trevor G. Cook*, at al., 09-cv-3332 MJD/JJK (D. Minn.) and *U.S. Securities and Exchange Commission v. Trevor G. Cook, et al.*, 09-cv-3333 MJD/JJK (D. Minn.), for relief from the automatic stay pursuant to 11 U.S.C. §362(d).

Based upon the motion and the file and the court being advised of the premises,

IT IS ORDERED:

1. The request for relief from the stay to liquidate the receiver's claims against the debtor is denied.

2. The automatic stay is modified to allow the receiver to pursue his contempt claims against the debtor in the U.S. District Court.

3. This order does not grant relief from the automatic stay to allow another court to determine the status of any property as property of the estate nor does it serve as the waiver of the rights of the receiver with respect to seeking a judicial determination in any court regarding the status of assets as receivership assets or assets of the bankruptcy estate.

4. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: July 22, 2010

                            /e/ Robert J. Kressel
                            United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/22/2010*
Lori Vosejpka, Clerk, by LMH