# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Lynn E. Baker,

        Debtor.

_____

BKY No. 10-44428

Chapter 7

## STIPULATION EXTENDING DEADLINES

This Stipulation is by and between the respective counsel for R.J. Zayed, the receiver for the matter of *U.S. Commodity Futures Trading Commission v. Trevor G. Cook*, et al., 09-cv-3332 MJD/JJK (D. Minn.) and *U.S. Securities and Exchange Commission v. Trevor G. Cook, et al.*, 09-cv-3333 MJD/JJK (D. Minn.) ("**Receiver**") and Debtor Lynn E. Baker ("**Debtor**").

**WHEREAS**, the present deadline for the Receiver to file a complaint for an exception to Debtor's discharge is November 13, 2010; and

**WHEREAS**, the present deadline for the Receiver to file a complaint for a denial of Debtor's discharge is November 13, 2010; and

**WHEREAS**, the Receiver and the Debtor, as well as the Chapter 7 Trustee, are involved in settlement discussions which could avoid discharge-related litigation by the Receiver; and

**WHEREAS**, the parties have conferred and have determined that additional time is necessary to complete settlement discussions.

**NOW, THEREFORE**, it is agreed as follows:

1.     This Stipulation may be presented to the Bankruptcy Court, together with the Order attached hereto.

2. It is further agreed the parties shall request that the Court:

   a. Extend the deadline for the Receiver to file a complaint pursuant to 11 U.S.C. §523 to November 30, 2010.

   b. Extend the deadline for the Receiver to file a complaint pursuant to 11 U.S.C. §727 to November 30, 2010.

**LEONARD, OBRIEN,**
**SPENCER, GALE & SAYRE, LTD.**

Dated: November 10, 2010

By /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for R.J. Zayed, Receiver
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

**KALLAS & ASSOCIATES LTD.**

Dated: November 10, 2010

By /e/ Michael T. Kallas
_____
Michael T. Kallas, #159499
Attorneys for Debtor
4940 Viking Drive, Suite 652
Edina, MN 55435-5318
(612) 332-1030

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Lynn E. Baker,

      Debtor.

BKY No. 10-44428

Chapter 7

**ORDER**

This case came before the court upon the stipulation of R.J. Zayed, the receiver for the matter of *U.S. Commodity Futures Trading Commission v. Trevor G. Cook*, at al., 09-cv-3332 MJD/JJK (D. Minn.) and *U.S. Securities and Exchange Commission v. Trevor G. Cook, et al.*, 09-cv-3333 MJD/JJK (D. Minn.) and the debtor requesting an order extending the deadline to file a complaint pursuant to 11 U.S.C. §§523 and 727.

Based upon the stipulation and the file,

**IT IS ORDERED**:

1. The stipulation is approved.

2. The deadline for the receiver to file a complaint pursuant to 11 U.S.C. §523 is extended to November 30, 2010.

3. The deadline for the receiver to file a complaint pursuant to 11 U.S.C. §727 is extended to November 30, 2010.

_____

                                                _____

                                                United States Bankruptcy Court Judge